**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **CLOUD SYSTEMS HOLDCO IP, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:25-CV-00463-DC** |
| | § | |
| **ACUITY BRANDS SERVICES, INC.,** | § | |
| *Defendant.* | § | |

## ORDER

BEFORE THE COURT is the report and recommendation ("R&R") from United States Magistrate Judge Derek T. Gilliland concerning Defendant Acuity Brands Services, Inc.'s Motion to Stay Response to Complaint Pending Compliance with Pre-Filing Injunction, or Alternatively, Motion to Dismiss Under Rule 12(b)(5).[1] The R&R also considered Plaintiff Cloud Systems Holdco IP, LLC's Motion to Enlarge Time for Service Under Federal Rule of Civil Procedure 4(m).[2] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his R&R on June 12, 2026.[3]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the

---

[1] Doc. 12.
[2] Doc. 13.
[3] Doc. 18.

report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[4]

Plaintiff filed objections on June 26, 2026.[5] The Court has conducted a *de novo* review of the R&R, the objections to the R&R, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted. The objections are **OVERRULED**.

It is **ORDERED** that the R&R of the United States Magistrate Judge is **ADOPTED**.[6] The Defendant's Motion to Stay Response to Complaint Pending Compliance with Pre-Filing Injunction, or Alternatively, Motion to Dismiss Under Rule 12(b)(5) is **GRANTED**.[7] The Plaintiff's Motion to Enlarge Time for Service Under Federal Rule of Civil Procedure 4(m) is **DENIED**.[8]

It is so **ORDERED**.

SIGNED this 7th day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] Fed. R. Civ. P. 72 advisory committee's note.
[5] Doc. 19.
[6] Doc. 18.
[7] Doc. 12.
[8] Doc. 13.